UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>v.<br><br>Kasheen Samuels,<br>                *Defendant.* | **ORDER**<br><br>18 Cr. 306 (ER) |
| Kasheen Samuels,<br>                *Petitioner*<br><br>v.<br><br>United States of America,<br>                *Respondent.* | 25 Civ. 4779 (ER) |

Ramos, D.J.:

      Kasheen Samuels moved for relief from his conviction pursuant to 28 U.S.C. § 2255 on June 4, 2025. On June 30, 2025, the Court directed Samuels to execute and return to this Court within 60 days an "Attorney-Client Privilege Waiver (Informed Consent)" form (the "Form"). On November 5, 2025, the Court received a letter from Samuels indicating that he had mailed the Form to the Court in August 2025. Because the Court did not receive the Form, Samuels is directed to execute and resend the Form within 30 days from today's date. The Clerk of Court is respectfully requested to mail a copy of this order to Samuels.

      It is SO ORDERED.

Dated:   November 7, 2025
            New York, New York

                                                                     Edgardo Ramos, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>　　　　　v.<br><br>Kasheen Samuels,<br>　　　　　　　　*Defendant.* | 18 Cr. 306 |
| Kasheen Samuels,<br>　　　　　　　　*Petitioner*<br><br>　　　　　v.<br><br>United States of America,<br>　　　　　　　　*Respondent.* | 25 Civ. 4779 |

## Attorney-Client Privilege Waiver (Informed Consent)

To:　Kasheen Samuels

　　　You have made a motion under Section 2255 of Title 28, United States Code, to have your conviction set aside on the ground that you received ineffective assistance from your former lawyers, Jason Foy and James Seplowitz (referred to in this form as "your former attorneys"). The Court has reviewed your papers and determined that it needs to have a sworn testimonial statement from your former attorneys in order to evaluate your motion.

　　　By making this motion, you have waived the attorney-client privilege you had with your former attorneys to the extent relevant to determining your claim. This means that if you wish to press your claim of ineffective assistance, you cannot keep the communications between yourself and your former attorney a secret—you must allow them to be disclosed to the Government and to the Court pursuant to the Court's Order. The Court has already issued an Order copy attached directing your former attorney to give such testimony, in the form of an affidavit. This Informed Consent form is designed to ensure that you fully understand and agree to this.

　　　Specifically, if you wish to proceed with your motion to set aside your conviction on the basis that you received ineffective assistance of counsel, you must sign this statement and return it to the Court in the attached envelope (keeping a copy for your records). The form constitutes your authorization to your former attorney to disclose confidential communications (1) only in response to a Court order and (2) only to the extent necessary to shed light on the allegations of ineffective assistance of counsel that are raised by your motion.

2024.08.01

You should know that if you sign this authorization, you run the risk that your former attorney will contradict your statements about his or her representation of you. However, you should also know that the Court will deny your motion if you do not authorize your former attorney to give an affidavit in response to the Court's attached Order.

You must return this form, signed by you and notarized, within sixty (60) days from the date of the Court's Order directing your former lawyer to give testimony. If the Court does not receive this form, signed by you and notarized, within that time, the Court will automatically deny your motion.

## NOTARIZED AUTHORIZATION

I have read the Court's Order dated _____ and this document headed Attorney-Client Privilege Waiver (Informed Consent).  I hereby authorize my former attorneys, Jason Foy, Esq. and James Seplowitz, Esq., to comply with the Court's Order by giving testimony, in the form ordered by the Court, relating to my motion to set aside my conviction on the ground of ineffective assistance of counsel.  This authorization allows my former attorney to testify only pursuant to the Court's Order, and only to the extent necessary to shed light on the allegations of ineffective assistance of counsel that are raised by my motion.

Date:  _____

Petitioner's Signature:          _____

Petition's Printed Name:       _____


Sworn to before me this \_\_\_\_\_ day of _____, 20\_\_\_

_____
Notary Public

**Attorney-Client Privilege Waiver (Informed Consent)**