UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>v.<br><br>Kasheen Samuels,<br>　　　　　　*Defendant.* | **ORDER**<br><br>**18 Cr. 306 (ER)** |
| Kasheen Samuels,<br>　　　　　　*Petitioner*<br><br>v.<br><br>United States of America,<br>　　　　　　*Respondent.* | **25 Civ. 4779 (ER)** |

RAMOS, D.J.:

Kasheen Samuels moved for relief from his conviction pursuant to 28 U.S.C. § 2255 on June 4, 2025. Doc. 1.[1] On June 30, 2025, the Court directed Samuels to execute and return to this Court an "Attorney-Client Privilege Waiver (Informed Consent)" form (the "Form"). Doc. 3. Samuels executed the Form on November 18, 2025, and the Court received it on December 22, 2025. Doc. 8. The Court then directed Samuels's former attorneys, Jason Foy and James Seplowitz, to file affidavits addressing Samuels's allegations of ineffective assistance. Doc. 9. Foy and Seplowitz filed declarations responding to Samuels's allegations on January 26, 2026. *See* 18 Cr. 306, Doc. 152.

The government is directed to respond to Samuels's motion by February 17, 2026. Samuels is directed to file his reply by March 3, 2026. The Clerk of the Court is respectfully requested to mail a copy of (1) this Order and (2) Foy and Seplowitz's declarations (filed at 18 Cr. 306, Doc. 152) to Samuels.

---

[1] Unless otherwise indicated, all docket citations reference 25 Civ. 4779.

It is SO ORDERED.

Dated:    January 27, 2026
          New York, New York

_____
EDGARDO RAMOS, U.S.D.J.

2